IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

ANGELA N. TAYOR,

    Plaintiff,

v.

CAROLYN COLVIN,

    Defendant.

No. C 14-01341 WHA

**ORDER TO SHOW CAUSE**

    Plaintiff was required by the March 24 procedural order to file her motion for summary judgment or for remand within 28 days of July 15, 2014, which is when the answer was filed (Dkt. No. 2). She has not yet filed the motion.

    Plaintiff is hereby **ORDERED TO SHOW CAUSE** by **NOON ON SEPTEMBER 2** as to why her claims should not be dismissed for failure to prosecute. FRCP 41(b). Plaintiff is on notice that failure to file a written response to this order to show cause by September 2 will result in the dismissal of her cause for failure to prosecute.

    **IT IS SO ORDERED.**

Dated: August 18, 2014.

                                                WILLIAM ALSUP
                                                UNITED STATES DISTRICT JUDGE