IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

ANGELA N. TAYOR,

    Plaintiff,

v.

CAROLYN COLVIN,

    Defendant.

No. C 14-01341 WHA

**ORDER RE DEADLINE TO FILE MOTION FOR SUMMARY JUDGMENT**

*Pro se* plaintiff Angela Taylor was required by the March 2014 procedural order to file her motion for summary judgment (or remand) within 28 days of July 15, 2014. She failed to do so. An August 2014 order then gave Ms. Taylor until September 2, 2014, to show cause why her claims should not be dismissed for failure to prosecute. Ms. Taylor filed a response apologizing for missing her deadline. She stated that "I will file [a motion for summary judgment] with the courts [sic] no later than Sept. 22, 2014."

No good cause has been provided for such a massive extension, nevertheless, Ms. Taylor has until **SEPTEMBER 22, 2014, AT NOON** to file her motion for summary judgment (or remand), otherwise this action will be promptly dismissed for failure to prosecute under Rule 41(b).

**IT IS SO ORDERED.**

Dated: September 3, 2014.



WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE