IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

ANGELA N. TAYLOR,

    Plaintiff,

v.

CAROLYN COLVIN,

    Defendant.

No. C 14-01341 WHA

**ORDER RE NOTICE OF VOLUNTARY DISMISSAL**

*Pro se* plaintiff Angela Taylor has filed a notice of voluntary dismissal. She stated that "I have spoken to opposing counsel . . . who agreed to stipulate to the dismissal." Defense counsel's signature does not appear on Ms. Taylor's notice. *See* Rule 41(a)(1)(A)(ii). By **NOON ON SEPTEMBER 30**, defense counsel shall file a statement confirming the dismissal. The Clerk shall then **CLOSE THE FILE**.

**IT IS SO ORDERED.**

Dated: September 23, 2014.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE